# EXHIBIT 1

# EXHIBIT 1

EEOC Form 161-B (01/2022)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | Shauna Israel<br>1758 Highway 330 S.<br>Shirley, AR 72153 | From: | Los Angeles District Office<br>255 East Temple St, 4th Floor<br>Los Angeles, CA 90012 |
|---|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 34B-2021-00534 | Karric Maeda,<br>State, Local & Tribal Program Manager | 2137853002 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

More than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

*Equal Pay Act (EPA):* You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that *backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.*

On behalf of the Commission

Digitally Signed By: Christine Park-Gonzalez
08/04/2022

Enclosures(s)

**Christine Park-Gonzalez**
**Acting District Director**

cc:   Aaron Langberg
Tesla, Inc.
901 Page Ave.
Fremont, CA 94538
Aaron Langberg
901 Page Avenue
Fremont, CA 94538

Mark Mausert
MARK MAUSERT LAW OFFICE
729 Evans Ave brittaney@markmausertlaw.com
Reno, NV 89512