# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHAUNA ISRAEL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC., TESLA MOTORS, INC., AND TESLA MOTORS NV, INC.<br><br>Defendants. | Case No. 3:22-cv-00462-LRH-CSD<br><br>**ORDER TO STAY ACTION PENDING ARBITRATION** |

IT IS HEREBY STIPULATED by and between Plaintiff Shauna Israel ("Plaintiff"), through her counsel, Mark Mausert, Esq., and Defendants Tesla, Inc., Tesla Motors, Inc., and Tesla Motors NV, Inc. ("Defendants," and together with Plaintiff, the "Parties"), through their counsel Jackson Lewis P.C., as follows:

1. Plaintiff's Complaint was filed in the United States District Court, District of Nevada on October 20, 2022 and asserted claims related to Plaintiff's employment with Defendants. ECF No. 1.

2. The Parties determined an arbitration agreement applies to this dispute, and the Parties agree the claims alleged by Plaintiff in this action fall within the scope of the arbitration agreement.

3. Thus, the Parties have agreed that this action, in its entirety, shall be submitted to binding arbitration pursuant to the terms of the arbitration agreement, and Plaintiff will initiate

1

arbitration against Defendant with the Judicial Arbitration and Mediation Services/Endispute, Inc. ("JAMS"). However, upon the Parties' mutual agreement, they may mediate the action through JAMS prior to Plaintiff's submission of the action to arbitration.

4. All proceedings in this action shall be stayed, and this Court shall retain jurisdiction over the action pending the conclusion of the JAMS arbitration or the Parties' settlement.

5. Nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party.

Dated this 10th day of November, 2022.

| LAW OFFICE OF MARK MAUSERT | JACKSON LEWIS P.C. |
|---|---|
| /s/ Mark Mausert<br>MARK MAUSERT, ESQ.<br>Nevada Bar No. 2398<br>SEAN MCDOWELL<br>Nevada Bar No. 15962<br>1810 E. Sahara Ave, Suite 109<br>Las Vegas, Nevada 89104<br><br>*Attorney for Plaintiff*<br>*Shauna Israel* | /s/ Deverie J. Christensen<br>DEVERIE J. CHRISTENSEN, ESQ.<br>Nevada Bar No. 6596<br>HILARY A. WILLIAMS<br>Nevada Bar No. 14645<br>300 South Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Defendants*<br>*Tesla, Inc., Tesla Motors, Inc., and*<br>*Tesla Motors NV, Inc.* |

**ORDER**

IT IS SO ORDERED:

_____
Larry R. Hicks
United States District Court Judge

Dated: November 14, 2022