# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHAUNA ISRAEL, | Case No. 3:22-cv-00462-LRH-CSD |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| TESLA, INC., TESLA MOTORS, INC. and TESLA MOTORS NV, INC. | |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Jackson Lewis P.C.
Las Vegas

Plaintiff Shauna Israel ("Plaintiff") and Respondents Tesla Inc., Tesla Motors, Inc., and Tesla Motors NV, Inc. ("Defendants"), by and through their respective counsel of record, hereby stipulate and agree to dismiss this case and all claims and allegations therein with prejudice, each party to bear their own fees and costs.

DATED this 26th day of February, 2024.

| LAW OFFICE OF MARK MAUSERT | JACKSON LEWIS, P.C. |
|---|---|
| /s/ Sean McDowell<br>MARK MAUSERT, ESQ.<br>Nevada Bar No. 2398<br>SEAN MCDOWELL, ESQ.<br>Nevada Bar No. 15962<br>729 Evans Avenue<br>Reno, NV 89512<br><br>*Attorneys for Plaintiff* | /s/ *Hilary A. Williams*<br>DEVERIE J. CHRISTENSEN, ESQ.<br>Nevada Bar No. 6596<br>HILARY A. WILLIAMS, ESQ.<br>Nevada Bar No. 14645<br>300 South Fourth Street, Suite 900<br>Las Vegas, NV 89101<br><br>*Attorneys for Defendants* |

## ORDER

Based on the Stipulation of the parties, IT IS ORDERED that this case and all claims and allegations therein are hereby dismissed with prejudice with each party to bear their own fees and costs.

IT IS FURTHER ORDERED that the Clerk of Court shall enter final judgment accordingly, dismiss this action, and close this case.

IT IS SO ORDERED.

DATED this 26th day of February, 2024.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE